UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **GUARDIAN FLIGHT LLC**, *et al.*, § § *Plaintiffs*, § § v. § § **AETNA LIFE INSURANCE** § **COMPANY**, *et al*. § § *Defendants*. § | Civil Action No. 3:24-cv-00680-MPS |

## AETNA'S OPPOSED MOTION TO AMEND SCHEDULING ORDER

Defendants Aetna Health Inc., Aetna Life Insurance Co., and Aetna Health and Life Insurance Co. (collectively "Aetna") file this Motion to Amend Scheduling Order and would respectfully show as follows:

The scheduling order entered September 8, 2025, provides that fact discovery will be completed by November 28, 2025; dispositive motions are due on New Years' Eve, December 31, 2025; the Joint Trial Memorandum is due by January 28, 2026; and the "Trial Ready Date" is Sunday, March 1, 2026. There is good cause for a short extension of these deadlines. *See* Fed. R. Civ. P. 16(b)(4).

Specifically, Plaintiffs updated their claims list in July 2025, increasing the number of disputed claims from approximately 300 to over 1,300. In order to properly analyze these claims and formulate its defenses, Aetna needs (and is entitled to) the underlying documents for each claim. For example, Aetna must have the underlying claim documents to determine whether the applicable benefit plan is governed by ERISA, implicating preemption, and whether there are eligibility defenses to Plaintiffs' claims. However—despite Aetna's repeated requests—Plaintiffs did not produce the underlying documents for the approximately 1,000+ new claims until just a

–1–

–2–

few days ago, when Plaintiffs dumped **more than 55,000 documents** on Aetna. It will take Aetna and its experts significant time to work through these recently produced documents.

Additionally, Plaintiffs are blocking Aetna's requested discovery because of their pending motion to dismiss Aetna's amended counterclaim (Dkt. 294). For example, Plaintiffs have objected and refused to produce documents responsive to at least thirty of Aetna's requests for production on this basis. Essentially, to date, Plaintiffs have produced **next to zero** documents responsive to Aetna's discovery requests in regards to its Amended Counterclaim.

Further, despite the parties' meet and confer efforts, several discovery disputes remain unresolved or will require further court intervention. These include, but are not limited to, Plaintiffs' thirty-three objection-only responses to Aetna's Requests for Production and Plaintiffs' refusal to produce a corporate representative for deposition. Given the discovery deadline expires in two weeks, there is insufficient time to address the brewing discovery disputes.

Aetna therefore respectfully asks this Court to modify the Scheduling Order for all parties and extend the current deadlines by sixty days, so that:

- Discovery will be completed by **January 27, 2026**;

- Dispositive motions are due on Monday, **March 1, 2026**;

- The Joint Trial Memorandum is due Monday, **March 30, 2026**, or 30 days from the Court's ruling on dispositive motions, if any, whichever is later; and the

- Trial Ready Date is **April 30, 2026**

Aetna does not seek to cause undue delay in this request but rather seeks to litigate this case under a fair schedule that takes into account the large number of documents that Plaintiffs recently produced, the current discovery disputes, and the procedural history of this case. This is

Aetna's first request to amend the scheduling order following the filing of its Amended Counterclaim. Aetna has conferred with Plaintiffs' counsel who opposes any such amendment.

## CONCLUSION

For these reasons, Aetna respectfully requests that the Motion be granted and that the current Scheduling Order deadlines be extended by sixty (60) days.

        Respectfully Submitted,

        By: */s/ M. Katherine Strahan*
        JOHN B. SHELY
        *Admitted Pro Hac Vice*
        Texas State Bar No. 18215300
        jshely@hicks-thomas.com
        M. KATHERINE STRAHAN
        *Admitted Pro Hac Vice*
        Texas State Bar No. 24013584
        kstrahan@hicks-thomas.com
        JESSICA N. WAHL
        *Admitted Pro Hac Vice*
        Texas State Bar No. 24102618
        jwahl@hicks-thomas.com
        HICKS THOMAS LLP
        700 Louisiana St, Suite 2300
        Houston, Texas 77002
        Telephone: (713) 547-9100
        Telecopier: (713) 547-9150

        Kevin P. Daly (ct30380)
        Adam J. Petitt (ct32021)
        Robinson & Cole LLP
        One State Street
        Harford, CT 06103
        Tel. No.: (860) 2221-8200
        Fax No.: (860) 2221-8299
        Email: kpdaly@rc.com
        Email: Apetitt@rc.com

        **ATTORNEYS FOR DEFENDANTS AETNA HEALTH INC., AETNA LIFE INSURANCE COMPANY INC. AND AETNA HEALTH AND LIFE**

INSURANCE CO.

## CERTIFICATE OF CONFERENCE

I hereby certify that Aetna conferred with Plaintiffs on this Motion on November 14, 2025.

                                                          */s/ Jessica N. Wahl*
                                                          Jessica N. Wahl

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically on November 14, 2025 Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                                          */s/ Jessica N. Wahl*
                                                          Jessica N. Wahl